NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7127

CHRISTY M. MECUM.,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2536, Judge William A. Moorman.

ON MOTION

ORDER

Christy M. Mecum moves for an extension of time to file her brief. Kenneth M. Carpenter moves for leave to withdraw as counsel to Mecum.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motions are granted. Mecum's brief is due within 40 days of the date of filing of this order.

(2)     Carpenter is directed to forward a copy of this order and the court's informal brief form to Mecum and to provide the court with Mecum's mailing address.

FOR THE COURT

DEC 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Kenneth M. Carpenter, Esq. (informal brief form enclosed)
        Martin F. Hockey, Jr., Esq.
s17

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DEC 17 2009

JAN HORBALY
CLERK